

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Lonnie Bill Burcham,                  §            No.08-22-00196-CR

      Appellant,           §                 Appeal from the

                §                 385th District Court

The State of Texas,                    §            of Midland County, Texas

       State.              §                 (TC# CR55841)

§

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 3, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susannah E. Prucka, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 3, 2023.

IT IS SO ORDERED this 1st day of February, 2023.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Soto, JJ.